■ In the Matter of MARK MOYSE, Petitioner, v SHELDON GREENBERG, as Justice of the Supreme Court of the State of New York, Respondent. [734 NYS2d 461] —Proceeding pursuant to CPLR article 78 in the nature of mandamus, *inter alia,* to compel the respondent Sheldon Greenberg, a Justice of the Supreme Court, Kings County, to issue to the petitioner an amended certificate of relief from disabilities pursuant to Correction Law § 702 to permit him to possess and use a firearm.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see, Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought. O'Brien, J. P., Friedmann, Schmidt and Townes, JJ., concur.

■ In the Matter of O-Co'NEE CIVIC ASSOCIATION, Respondent, v RICHARD I. SCHEYER et al., Appellants. [733 NYS2d 631] —In a proceeding pursuant to CPLR article 78 to review a determination of the Zoning Board of Appeals of the Town of Islip dated March 23, 1999, which, after a hearing, granted Carolyn Matherson's application for a certificate of nonconforming use, the appeals are from a judgment of the Supreme Court, Suffolk County (Gerard, J.), dated July 5, 2000, which granted the petition and, in effect, annulled the determination.

Ordered that the judgment is affirmed, without costs or disbursements.

The determination of the Zoning Board of Appeals of the Town of Islip was, in effect, properly annulled on the ground that it was arbitrary and capricious (*see, Matter of E & B Realty v Zoning Bd. of Appeals,* 275 AD2d 779). Krausman, J. P., Friedmann, Florio and Adams, JJ., concur.